The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN CHRIS KOTSIS,<br><br>INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>Vs.<br><br>UNITED PARCEL SERVICE, INC., A DELAWARE CORPORATION,<br><br>Defendant | Case No.: 2:23-cv-1111-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING BRIEFING SCHEDULE ON UPS'S MOTION TO COMPEL ARBITRATION<br><br>NOTE ON MOTION CALENDAR: NOVEMBER 8, 2023 |

The parties submit this stipulation and proposed order to modify the briefing schedule on UPS's motion to compel arbitration, which was filed on September 20, 2023 (Dkt. No. 14). The parties request a modest extension of their briefing deadlines to file an opposition brief and Defendant's opposition reply or response to accommodate ongoing discussions between the parties and in light of a recent family medical crisis impacting Plaintiff's counsel.

The Parties accordingly submit the following briefing schedule regarding UPS's motion to compel arbitration, which can be heard at the Court's convenience:

- UPS's motion to compel arbitration: filed September 20, 2023
- Plaintiff's opposition: due November 17, 2023

STIPULATION & [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE
(NO. 2:23-cv-1111-JLR)

- UPS's reply: due December 8, 2023

Dated this 8th day of November 2023.

Respectfully submitted,

Rossi & Co. P.C.

By    */s/ Ronald G. Rossi*
    By Ronald G. Rossi, WSBA 54720

**Attorneys for Plaintiff and Proposed Class**

BYRNES KELLER CROMWELL LLP

By */s/ John A. Tondini*
    John A. Tondini, WSBA #19092

By */s/ Jofrey M. McWilliam*
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone:  206-622-2000
    Facsimile:   206-622-2522
    jtondini@byrneskeller.com
    jmcwilliam@byrneskeller.com

Gregory B. Koltun (Admitted *Pro Hac Vice*)
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
GKoltun@mofo.com

Caitlin Sinclaire Blythe (Admitted *Pro Hac Vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
cblythe@mofo.com

**Attorneys for Defendant**

[~~PROPOSED~~] ORDER

The Court, having been apprised of the Parties' positions above, hereby adopts a briefing schedule for UPS's motion to compel arbitration as follows:

- Plaintiff's opposition to UPS's motion to compel arbitration shall be due November 17, 2023
- UPS's reply shall be due December 8, 2023

The motion will be re-noted for December 8, 2023.

IT IS ORDERED.
Dated this 9th day of November 2023.

_____
Honorable James L. Robart
United States District Judge