The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN CHRIS KOTSIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC., a Delaware Corporation,<br><br>                    Defendant. | NO. 2:23-cv-01111-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 6, 2023** |

STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT (No. 2:23-cv-01111-JLR) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

1    Plaintiff John Chris Kotsis and Defendant United Parcel Service, Inc., respectfully submit this Stipulation and Proposed Order Staying Deadlines Pending Finalization of Settlement to request that the Court stay further briefing and hearing on Defendants' Motion to Compel Arbitration, filed on September 20, 2023, pending the Parties' finalization of settlement and stipulation of dismissal of the case.

\*   \*   \*

WHEREAS, John Chris Kotsis and Defendant United Parcel Service, Inc. have reached an agreement resolving their dispute over Plaintiff's individual claims (the "Agreement") that will result in the parties filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of Plaintiff's claims with prejudice, and a dismissal of claims brought on behalf of the putative class without prejudice;

WHEREAS, the Parties wish to avoid the expense of continued litigation, and unnecessarily burdening the Court, in view of the above-referenced resolution; and

WHEREAS, Defendant's Reply in Support of its Motion to Compel Arbitration is currently due on December 8, 2023;

WHEREAS, the parties agree that temporarily staying all deadlines in this Action for thirty-five (35) days, to January 10, 2024 while the parties work to finalize the resolution, is prudent and will conserve party and judicial resources.  The parties anticipate that they will be in position to file a stipulation of voluntary dismissal prior to the expiration of the thirty-five day period.

IT IS HEREBY STIPULATED by and among the Parties that the Parties hereby jointly request that the Court enter an order staying all proceedings and deadlines for thirty-five days, or until January 10, 2024.

STIPULATION AND [PROPOSED] ORDER
STAYING DEADLINES PENDING FINALIZATION
OF SETTLEMENT (No. 2:23-cv-01111-JLR) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

DATED this 6th day of December, 2023.

| ROSSI & CO. P.C. | BYRNES KELLER CROMWELL LLP |
|---|---|
| By: /s/ Ronald G. Rossi<br>Ronald G. Rossi, WSBA #54720<br>616 33rd Avenue<br>Gig Harbor, WA 98335<br>Telephone: (303) 222-0300<br>rgr@vihc.com<br><br>**Attorneys for Plaintiff and Proposed Class** | By: /s/ John A. Tondini<br>John A. Tondini, WSBA #19092<br><br>By: /s/ Jofrey M. McWilliam<br>Jofrey M. McWilliam, WSBA #28441<br>1000 Second Avenue, 38th Floor<br>Seattle, Washington 98104<br>Telephone: 206-622-2000<br>Facsimile: 206-622-2522<br>jtondini@byrneskeller.com<br>jmcwilliam@byrneskeller.com<br><br>Gregory B. Koltun (*Pro hac vice, admitted as of 8/29/2023*)<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>GKoltun@mofo.com<br><br>Caitlin Sinclaire Blythe (*Pro hac vice, admitted as of 8/28/2023*)<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>cblythe@mofo.com<br><br>**Attorneys for Defendant** |

STIPULATION AND [~~PROPOSED~~] ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT (No. 2:23-cv-01111-JLR) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

[~~PROPOSED~~] ORDER

Pursuant to stipulation, it is SO ORDERED.  <u>The Clerk is directed to renote Defendant's motion to compel arbitration (Dkt. # 14) for January 10, 2024.</u>

DATED this 7th day of December, 2023.

_____
HON. JAMES L. ROBART
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER
STAYING DEADLINES PENDING FINALIZATION
OF SETTLEMENT (No. 2:23-cv-01111-JLR) - 4

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 6th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel on record in the matter.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
jtondini@byrneskeller.com

STIPULATION AND [PROPOSED] ORDER
STAYING DEADLINES PENDING FINALIZATION
OF SETTLEMENT (No. 2:23-cv-01111-JLR) - 5

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000